No. 23-7051

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NIA LUCAS,
    Plaintiff-Appellant,

v.

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE) and AFGE LOCAL 228,
    Defendants-Appellees.

On Appeal from the United States District Court
for the District of Columbia
No. 1:22-cv-00777

**MOTION OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE ON TIME CEDED BY PLAINTIFF-APPELLANT**

Pursuant to Circuit Rule 27 and Circuit Rule 34(e), the Equal Employment Opportunity Commission (the Commission) respectfully moves for leave to participate in oral argument as amicus curiae on time ceded by Plaintiff-Appellant. This case is calendared for argument on October 8, 2024. The Commission's reasons in support of this motion are set forth below:

1. Congress tasked the Commission with administering and enforcing Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. § 2000e *et seq.*, and Title I of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12111 *et seq.*

2. This appeal presents important questions regarding the scope of Title VII and the ADA, including (1) whether and when federal courts have jurisdiction over Title VII and ADA claims against federal-employee unions, and (2) whether Title VII and the ADA prohibit unions from harassing their members—or failing to remedy union agents' harassment of members—based on protected traits.

3. Because these issues are important to the effective enforcement of Title VII and the ADA, the Commission offered its views to this Court by filing an amicus brief, and it wishes to elaborate on these views during oral argument. *See* Fed. R. App. 29(a)(2), (a)(8). The Commission believes its views will be helpful to this Court in resolving the issues presented.

4. Counsel for Plaintiff-Appellant has agreed to cede a portion of their argument time to the Commission. The Commission's participation therefore will not extend the day's calendar.

WHEREFORE, the Commission respectfully requests leave to participate in oral argument as amicus curiae on time ceded by Plaintiff-Appellant.

Respectfully submitted,

KARLA GILBRIDE
General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

DARA S. SMITH
Assistant General Counsel

/s/ Steven Winkelman
STEVEN WINKELMAN
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(202) 921-2564
steven.winkelman@eeoc.gov

August 26, 2024

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

A.  **Parties and Amici**

All parties appearing in the district court and before this Court are listed in Plaintiff-Appellant's opening brief. The Equal Employment Opportunity Commission files this motion as amicus curiae and did not participate in the district court.

B.  **Ruling Under Review**

References to the ruling at issue appear in Plaintiff-Appellant's opening brief.

C.  **Related Cases**

This appeal has been consolidated with *Lucas v. American Federation of Government Employees, et al.*, No. 23-7054 (D.C. Cir.). The Commission is not aware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C). However, Plaintiff-Appellant has filed separate actions against her former employing agency, which are pending in the U.S. District Court for the District of Columbia. *See Lucas v. Guzman, Adm'r, U.S. Small Bus. Admin.*, No. 1:21-cv-00296 (D.D.C.); *Lucas v. Guzman, Adm'r, U.S. Small Bus. Admin.*, No. 1:22-cv-02101 (D.D.C.).

/s/ Steven Winkelman
STEVEN WINKELMAN
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(202) 921-2564
steven.winkelman@eeoc.gov

August 26, 2024

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(C) because it contains 267 words, excluding the parts of the motion exempted by D.C. Circuit Rule 32(a)(1).

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Book Antiqua 14 point.

/s/ Steven Winkelman
STEVEN WINKELMAN
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(202) 921-2564
steven.winkelman@eeoc.gov

August 26, 2024

## CERTIFICATE OF SERVICE

I certify that on August 26, 2024, I electronically filed the foregoing motion in PDF format with the Clerk of Court via the appellate CM/ECF system. I certify that all counsel of record are registered CM/ECF users, and service will be accomplished via the appellate CM/ECF system.

Additionally, a copy of this motion will be served via first-class mail on Defendant-Appellee Johnnie Green, a pro se litigant, as follows:

>Johnnie Green
>6606 Bluebird Drive
>Little Rock, AR 72205

>/s/ Steven Winkelman
>STEVEN WINKELMAN
>Attorney
>EQUAL EMPLOYMENT
>OPPORTUNITY COMMISSION
>Office of General Counsel
>131 M St. N.E., 5th Floor
>Washington, D.C. 20507
>(202) 921-2564
>steven.winkelman@eeoc.gov

August 26, 2024